PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:24-po-00131-CDB |
|---|---|
| Plaintiff, | [Citation #E1919176, CA71] |
| v. | |
| LUKAS R. BROWN, | MOTION TO CONVERT MANDATORY APPEARANCES TO COLLATERAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to convert [Citation #E1919176, CA71] in Case No. 5:24-po-00131-CDB against Defendant LUKAS R. BROWN in the interests of justice.

The citation in this case was properly issued as a mandatory appearance within the discretion of the citing officer. Although a violation of 36 C.F.R. § 1.5(f) does not expressly allow for the citation of a mandatory appearance under the bail schedule for the Eastern District of California, the citing officer relied on one of the authorized discretionary bases. Specifically, the citing officer issued a mandatory citation because Defendant had committed the same offense on "prior occasions." Defendant had allegedly passed multiple closed signs prior to being finally issued a citation for that offense.

1  Although the citation was issued properly as a mandatory citation, the United States seeks to
2  convert the citation to a collateral amount.  Based on the available information, while Defendant did
3  violate the regulation at issue multiple times, the misconduct took place ultimately on one drive.  The
4  United States therefore believes a collateral amount of $250, with a $30 dollar processing fee, to be a
5  fair outcome under these circumstances.  *See also James & Elizabeth Console Fam. v. United States*,
6  No. 23-CV-652-DMS-BLM, 2023 WL 6120609, at *4 (S.D. Cal. Sept. 18, 2023) ("Prosecutorial
7  discretion is defined as [a] prosecutor's power to choose from the options available in a criminal case,
8  such as filing charges, prosecuting, not prosecuting, plea-bargaining, and recommending a sentence to
9  the court." (internal quotation mark and citation omitted)).

DATED: June 5, 2024                             Respectfully submitted,

                                                PHILLIP A. TALBERT
                                                United States Attorney

                                        By:     /s/ *Chan Hee Chu*
                                                CHAN HEE CHU
                                                Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that [Citation #E1919176, CA71] in Case No. 5:24-po-00131-CDB against LUKAS R. BROWN be converted to a bailable citation with a collateral amount of $250 and an additional $30 processing fee.

IT IS SO ORDERED.

Dated:   **June 5, 2024**

_____
UNITED STATES MAGISTRATE JUDGE